RECEIVED
NOV 15 2024
United States District Court
Northern District of Mississippi

Dear, Judge Sharion Aycock

I am Hosea Jackson a Federal inmate being held here at the Leflore, County jail. As you know that I recieved a 24 month violation on September 17 in your court. I have been incarcerated since Feburary 8th of this year, which is 2024. I was being held in Leflore, County jail from Feburary to June. The U.S. Marshalls came and got me to answer to the probation hearing that was not yet set at the time of my arrival in Oxford, MS. I went to an initial appearance and then waived my preliminary hearing the first week there. I consulted with my lawyer Mr. Scott Davis and was advised of what was going on and that I would soon have a court date for a revacation hearing, which was set on September 17, 2024. Well at that hearing you had asked how long have I been incarcerated and my lawyer said 7 months. You credit me the 7months and also stated that the statute of limitation was running on the situation. No witness or victim even showed up to the hearing. I have never been to a preliminary hearing nor have I been indicted in 9 months going on 10 months.

I havn't consulted with no lawyer or nothing about this current situation. To my knowledge (any delay of eight (8) months or longer is presumptively prejudicial). First is the length of delay, Second is the reason for delay, Third is whether the defendant asserted his speedy trial rights, which attaches the day the accused is arrested, Fourth is whether the defendant was prejudiced by the delay. In regard to speedy trial rights, the fourth Barker Factor is prejudice to the defendant. Prejudice to the defendant be assessed to the following interests: (1) to prevent oppressive pretrial incarceration; (2) to minimize anxiety and concern of the accused; and (3) to limit the possibility that the defense will be impaired. The last interest is the most important and if violated, is the most prejudicial to the defendant. 9 months have passed and I havn't even heard from a lawyer or even have a clue on who is representing me. At this current time my anxiety is threw the roof and I am very concerned about my life, liberty, and freedom. I feel that I am being done wrong and oppressive pretrial incarceration is taken place at this very moment, along with prejudice.

I am also going threw a terrible living situation here at the Leflore, County jail in Greenwood, MS. To my knowledge your courtroom was shut down for years because of mold. This jail have extremely lot of mold, rust, and leaks everywhere. They don't give us cleaning product or even give us soap during the week when state issue is passed out. We only get one toilet roll of tissue a week and sometimes we get toothpaste. I am hoping that this letter reaches you and something gets done because my rights have been violated and no one seems to care or take heed to what's going on. A review of the Mississippi Uniform Criminal Rules of Circuit Court Rule 1.04 and Rule 1.07 clearly indicates that those rules are to be applied when there has not been an indictment on a charge. Rule 1.04 States: The preliminary hearing shall be heard on the set date, unless it is waived in writing or in open court and upon the advice of counsel. When a suspect is arrested, he is entitled to be taken before a judicial officer in order to "secure to the accused prompt advice of his right to counsel by a judicial officer, one who has no professional duty nor personal inclination to try and exact

from the accused a waiver of that right. Every person in custody shall be taken, without unnecesarry delay. Generally speaking, the starting point in evaluating whether a defendant's right to a speedy trial was violated is the date when the defendant is first effectively accused of the offense, which is the earlier of the date of arrest or the date of indictment or other formal charge. I'm hoping that something is done and my freedom is restored due to the violation of my rights and due process.

Thanks In Advance!
Sincerely Yours, Horace Jackson

Hosea Jackson
LeFlore County Jail
P.O. Box 905
Greenwood, MS 38935

JACKSON MS 390
13 NOV 2024 PM 2 L




X-RAYED

RECEIVED
NOV 15 2024
United States District Court
Northern District of Mississippi

Judge Sharion Aycock
301 West Commerce St.
Aberdeen, MS 39730

39730-306399